**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**Erivelton Alves de Oliveira**

Petitioner

V.

CIVIL ACTION

NO. 26-11096-ADB

**Antone Moniz et al**

Respondent

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Electronic Order dated 3/18/2026, DENYING Petitioner's Petition for a Writ of Habeas Corpus. The Habeas petition is hereby DISMISSED.

By the Court,

3/18/2026
Date

/s/Christina McDonagh
Deputy Clerk